[No. 13617–1–II.   Division Two.   June 12, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. AURELIO ROBLES CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1–01970-3, Arthur W. Verharen, J., entered January 25, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.

[No. 13453–5–II.   Division Two.   June 12, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. AMUKON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 89-1–00205-6, David R. Draper, J., entered December 14, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.

[No. 13026–2–II.   Division Two.   June 13, 1991.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN STEVEN KERSTING, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-1–00270-5, Paula Casey, J., entered July 7, 1989. *Reversed* by unpublished opinion per Morgan, J., concurred in by Worswick, C.J., and Petrich, J.